

Phone (919) 645-1700
Fax (919) 645-1750

**United States District Court**
**Office of the Clerk**
PO Box 25670
Raleigh, NC 27611

Peter A Moore, Jr.,
Clerk of Court

August 9, 2022

Gary Lupton Hamilton 14196-509
FCI Bennettsville
Federal Correctional Institution
PO Box 52020
Bennettsville, SC 29512-5220

RE: *USA v. Gary Lupton Hamilton*     *4:20-CR-93-FL-1*

Dear Mr. Hamilton:

The court is in receipt of your recent letter in the above-referenced matter.

The ***Docket Sheet*** you are requesting is seven pages long (7 pgs.) and ***[DE 43 – 3/15/2022] Judgment*** is eight pages long (8 pgs.) and comes to a total of **15 pages or $7.50,** *based on the Judicial Conference rate of $0.50/page*. Please make your check or money order in the amount of *$7.50*, made payable to: ***U. S. District Court***, and mail it to the address listed here:

United States Clerk's Office
Attention: Records Management
PO Box 25670
Raleigh, NC 27611

**Please be sure to include your name, case number, documents you are requesting, and the address where you would like the copies sent.**

You have requested the ***Memorandum of Plea Agreement*** in your case. Pursuant to ***Standing Order 09-SO-02***, this document is available through the public computer terminals located at any federal courthouse location in the Eastern District of North Carolina. You may also request the plea agreement by motion to the court or you may contact your attorney. The Clerk's Office, however, can give you no assurance as to the outcome of either of these two options.

If this office can be of further assistance, please do not hesitate to contact us.

Peter A. Moore, Jr., Clerk of Court

Judith A. Barnard, Records Clerk