FILED
AUG 08 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

RE:

Gary Lupton Hamilton
#14196509
F.C.I. Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

Clerk,

I would like to request a copy of my judgement of committment and Docket sheet. And a copy of my plea agreement.

Sincerly
Gary Lupton Hamilton

Gary Lupton Hamilton #14196509
FCI Bennettsville
PO Box 52020
Bennettsville, SC 29512



COLUMBIA SC 290

08 AUG 2022 PM 4 L

RECEIVED
AUG 08 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Clerk of Court
US District Court
413 middle St
New Bern, NC 28560

X-RAYED CSO

28560-493013

